**F I L E D**
CLERK, U.S. DISTRICT COURT
07/01/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DVE___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 8:24-cr-00084-FWS |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud; 26 U.S.C. § 7201: Evasion of Assessment of Tax] |
| STEPHEN MICHAEL THOMPSON, | |
| Defendant. | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant STEPHEN MICHAEL THOMPSON was a resident of Beverly Hills, California.

2. Defendant THOMPSON and Co-Schemer-1 controlled Brookdale Consulting LLC, a Wyoming Limited Liability Company ("Brookdale Consulting"), and Seneca Capital Group, a Wyoming Limited Partnership ("Seneca Capital"), which were located in Los Angeles County, California.

3. In or around 2020, defendant THOMPSON caused to be filed with the IRS Form 1040, U.S. Personal Income Tax Return,

1 | which failed to report all the taxable income that defendant
2 | THOMPSON had received.

COUNT ONE

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

3.   The United States Attorney hereby realleges and incorporates by reference paragraph 2 of this Information here.

B.   THE SCHEME TO DEFRAUD

4.   Beginning in or around 2019, and continuing through in or about 2020, in Los Angeles and Orange Counties, within the Central District of California, and elsewhere, defendant THOMPSON, together with Co-Schemer-1, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud and obtain money from investors of Seneca Capital by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

5.   In carrying out the scheme, defendant THOMPSON, along with Co-Schemer-1, engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material omissions, among others:

   a.   Defendant THOMPSON and Co-Schemer-1 would hire recruiters to solicit victims to invest funds in Seneca Capital.

   b.   Defendant THOMPSON and Co-Schemer-1 would direct the recruiters to falsely inform victims that their investment funds would be used solely for a hemp project with Company A, through its subsidiary, Subsidiary A.

//
//

      c.    Defendant THOMPSON and Co-Schemer-1 would cause the victims to wire funds into bank accounts controlled by defendant THOMPSON or Co-Schemer-1.

      d.    Defendant THOMPSON and Co-Schemer-1 would then cause the victims' wired funds to be withdrawn, transferred, or wired to different bank accounts controlled by defendant THOMPSON or Co-Schemer-1.

      e.    While a percentage of investor funds were sent to Subsidiary A for a hemp-related project, defendant THOMPSON and Co-Schemer-1 used the bulk of investor funds for other purposes, including repaying earlier investors in the scheme, funding other entities controlled by defendant THOMPSON, making payments to defendant THOMPSON's girlfriend and relatives, and paying defendant THOMPSON and Co-Schemer-1's personal living expenses.

C.    <u>RESULTS OF THE SCHEME TO DEFRAUD</u>

    6.    By devising, executing, and participating in the above-described scheme to defraud, defendant THOMPSON and Co-Schemer-1 induced and attempted to induce victims to distribute to them funds totaling approximately $8,436,294.

D.    <u>THE USE OF AN INTERSTATE WIRE</u>

    7.    On or about April 16, 2020, for the purpose of executing the above-described scheme to defraud, defendant THOMPSON, through agents acting under defendant THOMPSON's directions, caused a transmission by means of wire communication in interstate commerce of a $40,000 wire transfer from victim as investment money from victim R.L.'s Bankers' Bank account in Madison, Wisconsin, to the U.S. Bank account of Brookdale Consulting, LLC in Simi Valley, California, which defendant

1  THOMPSON controlled.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT TWO

[26 U.S.C. § 7201]

A.  INTRODUCTORY ALLEGATIONS

8.  The United States Attorney hereby realleges and incorporates by reference paragraphs 1 and 3 of this Information here.

B.  EVASION OF ASSESSMENT OF TAX

9.  During the calendar year 2021, in Los Angeles County, within the Central District of California, defendant THOMPSON, a resident of Beverly Hills, California, willfully attempted to evade and defeat income tax due and owing to the United States of America for the calendar year 2020 by committing the following affirmative acts, among others: (a) intentionally failing to provide his income tax preparer with accurate and

//
//
//
//
//
//
//
//
//
//
//
//
//
//

complete information regarding the taxable income that he had received; and (b) filing and causing to be filed with the IRS a false Form 1040SR, U.S. Individual Income Tax Return for Seniors.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

ANNE GANNON
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRADLEY E. MARRETT
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

ROSALIND WANG
Assistant United States Attorney
Santa Ana Branch Office